IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

VICTORINA A. CIRNEALA,

        Plaintiff,

    v.

CAROLYN L. COLVIN,

        Defendant.

No. 3:12-cv-2150-CL

**ORDER**

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles de novo. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that the substantial

1 - ORDER

evidence supports the Administrative Law Judge's finding that

plaintiff is not disabled.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#31) is

adopted.   The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this __19__ day of March, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE